IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Sanchez Jr, Ricardo | Case Number: 07 B 09621 |
| | Judge: Wedoff, Eugene R |
| Printed: 3/25/08 | Filed: 5/28/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 13, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,911.25 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,754.04 |
| Trustee Fee: | | 157.21 |
| Other Funds: | | 0.00 |
| Totals: | 2,911.25 | 2,911.25 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert V Schaller | Administrative | 3,570.00 | 2,754.04 |
| 2. | Cole Taylor Bank | Secured | 0.00 | 0.00 |
| 3. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | Cole Taylor Bank | Secured | 4,800.00 | 0.00 |
| 5. | GMAC Mortgage Corporation | Secured | 28,649.60 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 491.83 | 0.00 |
| 7. | Discover Financial Services | Unsecured | 188.70 | 0.00 |
| 8. | Discover Financial Services | Unsecured | 922.01 | 0.00 |
| 9. | Cook County Treasurer | Secured | | No Claim Filed |
| 10. | Bank Of America | Unsecured | | No Claim Filed |
| 11. | Amex | Unsecured | | No Claim Filed |
| 12. | Amex | Unsecured | | No Claim Filed |
| 13. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 14. | Bonlar Loan Company | Unsecured | | No Claim Filed |
| 15. | CB USA Sears | Unsecured | | No Claim Filed |
| 16. | Student Loan Marketing Assn | Unsecured | | No Claim Filed |
| 17. | Chase National | Unsecured | | No Claim Filed |
| 18. | Associates Investment Corp | Unsecured | | No Claim Filed |
| 19. | Harbor Financial Mortgage Corporation | Unsecured | | No Claim Filed |
| 20. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 21. | LVNV Funding | Unsecured | | No Claim Filed |
| 22. | First Visa Bank | Unsecured | | No Claim Filed |
| 23. | HSBC | Unsecured | | No Claim Filed |
| 24. | Kohl's/Kohl's Dept Stores | Unsecured | | No Claim Filed |
| 25. | CitiFinancial | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Sanchez Jr, Ricardo | Case Number: 07 B 09621 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 3/25/08 | Filed: 5/28/07 |

| | | | |
|---|---|---|---|
| 26. | HSBC | Unsecured | No Claim Filed |
| 27. | HSBC | Unsecured | No Claim Filed |
| 28. | Sallie Mae | Unsecured | No Claim Filed |
| 29. | National City Bank | Unsecured | No Claim Filed |
| 30. | Navy Federal Credit Union | Unsecured | No Claim Filed |
| 31. | Nicor Gas | Unsecured | No Claim Filed |
| 32. | Nextcard | Unsecured | No Claim Filed |
| 33. | Sallie Mae | Unsecured | No Claim Filed |
| 34. | Student Loan Marketing Assn | Unsecured | No Claim Filed |
| 35. | Sallie Mae | Unsecured | No Claim Filed |
| 36. | Universal City | Unsecured | No Claim Filed |
| 37. | SBC | Unsecured | No Claim Filed |
| 38. | Student Loan Marketing Assn | Unsecured | No Claim Filed |
| 39. | Target National Bank | Unsecured | No Claim Filed |
| 40. | Amex | Unsecured | No Claim Filed |
| 41. | Sears Roebuck & Co | Unsecured | No Claim Filed |
| 42. | Sallie Mae | Unsecured | No Claim Filed |
| 43. | Navy Federal Credit Union | Unsecured | No Claim Filed |

$ 38,622.14          $ 2,754.04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 157.21 |

$ 157.21

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_